service of the order, as modified by this court, and that upon their failure so to do the motion for the injunction be denied, and, as modified, affirmed, without costs.

BENNETT, Appellant, v. BOWES, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Norman W. Bennett, as administrator, etc., against Matthew P. Bowes. No opinion. Order modified, so as to strike out the leave therein granted to move for return of the $51 paid, and to authorize the defendant, within 20 days after service of this order, to serve an answer, and, as thus modified, affirmed, without costs to either party.

BERCOVITZ, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Morris Bercovitz against the city of New York. C. Steckler, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs. Order filed.

BETTS, Appellant, v. ABRAHAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Hiram W. Betts, as administrator, etc., of Emma J. Betts, deceased, against Abraham Abrahams and others. No opinion. Judgment and order unanimously affirmed, with costs.

BIEBER, Appellant, v. GOLDBERG, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Gerson Bieber against Lewis Goldberg, impleaded with others.
PER CURIAM. Order of the County Court of Kings county, granting leave to amend complaint, modified by striking out the imposition of $100 as terms of the amendment, and, as modified, affirmed, with $10 costs and disbursements to the appellant. Appeal from order refusing to resettle dismissed, without costs. See 104 N. Y. Supp. 1080.

BIEBER, Appellant, v. ROSENGARTEN, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Aaron Bieber against Philip Rosengarten. J. Manheimer, for appellant. M. Jaffe, for respondent. No opinion. Order affirmed, with costs. Order filed.

In re BISHOP'S ESTATE. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of the estate of Jeanette Bishop, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BISSING. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application of William F. Bissing for admission to the bar. No opinion. Application granted.

In re BLOOMFIELD ST. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of Bloomfield street, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BOENING. (Supreme Court, Appellate Division. Second Department. October 4, 1907.) In the matter of William C. Boening. No opinion. Motion to dismiss appeal denied, without costs.

In re BOENING. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of William C. Boening. No opinion. Order affirmed, with $10 costs and disbursements.

BOENING, Respondent, v. BOENING, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Actions by Carrie C. Boening against William C. Boening. No opinion. Motions to dismiss appeals denied, without costs.

BOENING, Respondent, v. BOENING, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Actions by Carrie C. Boening against William C. Boening. No opinion. Orders affirmed, with $10 costs and disbursements.

BONAFEDE, Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Eduardo Bonafede against the Uvalde Asphalt Paving Company. N. L. Keach, for appellant. L. Cohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOOKSIN, Appellant, v. ROBINSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Samuel Booksin against Robert J. Robinson. No opinion. Judgment of the Municipal Court affirmed, with costs.

BOROUGH BANK OF BROOKLYN, Respondent, v. BORGENICHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Borough Bank of Brooklyn against Louis Borgenicht and another. No opinion. Order affirmed, with $10 costs and disbursements.

BOSKOWITZ v. SULZBACHER et al. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Jesse L. Boskowitz against Joseph H. Sulzbacher, impleaded. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOTTOME v. NEELY et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Willard B. Bottome against James R. Neely and others. No opinion. Application granted, upon plaintiff's filing stipulation that upon affirmance judgment absolute shall be rendered against him. Order signed.